IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUSTIN R. CRANFORD**                                                      **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 1:04cv544LG-JMR**

**GEORGE PAYNE, ET AL.**                                       **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [60-1] entered in this cause on August 23, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact on Plaintiff's claims brought against him, Defendant Damon Reese is entitled to Judgment as a Matter of Law pursuant to FED. R. CIV. P. 56. Therefore, Reese's Motion for Summary Judgment filed June 16, 2005, [48-1] should be and is hereby **GRANTED** and the above captioned case is hereby, dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of September, 2006.

                                               s/ *Louis Guirola, Jr.*
                                               LOUIS GUIROLA, JR.
                                               UNITED STATES DISTRICT JUDGE